ERIC GRANT
United States Attorney
BRENDAN D. DALY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>LUPE MOSES DELGADO,<br>Defendant. | CASE NO. 1:26-CR-00116-KES-EPG |

IT IS HEREBY STIPULATED by and between the parties that the motion to dismiss the indictment set for October 5, 2026, before the Honorable Kirk E. Sherriff have the following briefing schedule:

1. On September 1, 2026, counsel for the defense filed a motion to dismiss the indictment.

2. On September 2, 2026, counsel for the defense filed an amended motion to dismiss the indictment.

3. The Government's must file its opposition by September 22, 2026.

4. Defense counsel must file their reply brief by September 29, 2026.

5. Unless the court finds otherwise, the scheduled October 5, 2026, does not need to be continued.

///

///

///

///

Dated: September 4, 2026

Respectfully submitted,
ERIC GRANT
United States Attorney

/s/ BRENDAN D. DALY
BRENDAN D. DALY
Assistant United States Attorney

Dated: September 4, 2026

/s/ W. SCOTT QUINLAN
W. SCOTT QUINLAN
Counsel for Defendant

**ORDER**

The Court has read and considered the parties' stipulation as to the briefing schedule on the motion to dismiss the indictment. The hearing remains set on October 5, 2026, at 10:30 a.m., in courtroom 6.

IT IS SO ORDERED.

Dated: September 4, 2026

UNITED STATES DISTRICT JUDGE